IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIM PERRY, *et. al*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-709 (GMS) |
| AFSCME COUNCIL 81, *et. al*, | : |
| Defendants. | : |

## JUDGMENT DISMISSING ALL CLAIMS, WITH PREJUDICE

On consideration of the parties' Joint Motion to Dismiss, it is hereby ORDERED that the Joint Motion to Dismiss is granted.

Final judgment is hereby entered, dismissing this action, in its entirety, with prejudice.

IT IS SO ORDERED.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

DATED: April 1, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE